**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **DISMISSAL OF FORFEITURE** |
| vs. | ) | **ALLEGATION** |
| | ) | |
| Louis Hepi Crow Feather, | ) | Case No. 1:08-cr-053 |
| | ) | |
| Defendant. | ) | |

___

Before the Court is the Government's "Dismissal of Forfeiture Allegation" filed on January 15, 2009.  See Docket No. 27.  The Court **GRANTS** the Government's motion and dismisses the forfeiture allegation contained in the Indictment filed on August 20, 2008.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court